**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **ADDY'S BURGER, L.L.C.**<br>**Plaintiff** | *<br>*<br>* | **CIVIL ACTION NO. ______** |
| **VERSUS** | *<br>* | **DISTRICT JUDGE: ______** |
| **PARADIGM INVESTMENT GROUP, LLC**<br>**Defendant** | *<br>*<br>* | **MAGISTRATE JUDGE: ______** |

**COMPLAINT**

**NOW INTO COURT,** comes Plaintiff, Addy's Burger, L.L.C. ("**Addy's Burger**"), by and through its undersigned counsel, and for its Complaint against Defendant, Paradigm Investment Group, LLC ("**Paradigm**"), avers, upon information and belief, as follows:

**PARTIES, JURISDICTION, AND VENUE**

I.

Plaintiff, Addy's Burger, L.L.C., is a Louisiana limited liability company, with its principal place of business in Baton Rouge, Louisiana.

II.

Defendant, Paradigm Investment Group, LLC, is a Nevada corporation, with its principal place of business in San Diego, California.

III.

This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332(a), insofar as the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states.

IV.

Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(2), as a substantial part of the events giving rise to the action occurred, and a substantial part of the property that is the subject of this action is situated in, this judicial district. In the alternative, venue is proper pursuant to 28 U.S.C. § 1391(b)(3), as this is a judicial district in which Defendant is subject to personal jurisdiction at the time the action is commenced, if there is no district in which the action may otherwise be brought.

V.

On or about March 15, 2013, Paradigm entered into an agreement ("**Lease**") for the lease of the property located at 8400 West Judge Perez Drive in Chalmette, Louisiana (the "**Leased Premises**"), from its then-owner, Chalmette Burgers, L.L.C. Attached as Exhibit "A" hereto is a true and accurate copy of the Lease, which is incorporated herein as if set forth *in extenso*.

VI.

The Lease has a term of twenty (20) years, commencing on August 13, 2013, and expiring on August 12, 2033.

VII.

The Lease is "triple net," and requires that Paradigm pay all taxes, maintenance, and insurance costs related to the Leased Premises.

VIII.

Under the Lease, Paradigm was obligated to pay a base monthly rent in the amount of $10,277.50, with 7.5% increases in rent every five years (the "**Rent**").

IX.

On March 14, 2016, Addy's Burger purchased the Leased Premises from Chalmette Burgers, L.L.C.

X.

Pursuant to the Lease, on or about March 3, 2016, Chalmette Burgers, L.L.C. assigned its rights under the Lease to Addy's Burger pursuant to a written Assignment Agreement (the "**Assignment**"). Attached as Exhibit "B" hereto is a true and accurate copy of the Assignment.

XI.

In connection with the sale of the Leased Premises, on or about March 2, 2016, Paradigm provided an Estoppel Certificate to Addy's Burger (the "**Estoppel**"). Attached as Exhibit "C" is a true and accurate copy of the Estoppel.

XII.

Under the Estoppel, Paradigm warranted that, among other things, no party to the Lease was in a default or likely to be in a default with the passage of time:

> 1. <u>Certifications</u>. Tenant hereby certifies that, as of the date of this Certificate:
>
> (a) The Lease is currently in full force and effect and to the best knowledge of Tenant **neither party is in default under the Lease nor do any facts or circumstance currently exist that, with the giving of notice or the passage of time, or both, would constitute a Landlord or Tenant default under the Lease.** Landlord has not given Tenant any notice of termination or default under the Lease, and neither Landlord nor Tenant currently has an existing right to terminate the Lease. Tenant has accepted the Premises, subject to the terms and conditions of the Lease and is paying rent under the Lease.

*See* Exhibit "C" (Estoppel) (emphasis added).

XIII.

After receiving the Assignment, before the first rent was due to Addy's Burger as the assignee, Paradigm informed Addy's Burger that its operations at the Leased Premises were no longer profitable and it intended to breach the Lease.

XIV.

Paradigm failed to pay 2016 property taxes in the amount of $26,778.7, and 2016 property insurance in the amount of $5,569.63, as it was required to do under the Lease.

XV.

Paradigm vacated the Leased Premises on or about December 1, 2016, and has failed to pay any rent or expenses for which it was responsible under the Lease since January 1, 2016.

XVI.

The Lease provides for a late payment charge equal to 5% of the amount past due plus $25.00 per month processing fee for late payments of rent or certain other expenses that Paradigm was obligated to pay under the Lease.

XVII.

The Lease further provides that, in the event of a default by Paradigm, Addy's Burger is authorized to terminate the Lease and recover damages for unpaid prior rent and lost future rents bearing interest at a rate of 12% in excess of the Prime Rate published by The Wall Street Journal (the "**Default Rate**"), re-letting expenses, attorneys' fees, and other items of damages allowed by the contract or Louisiana law.

XVIII.

On or about February 22, 2017, Addy's Burger terminated the Lease based on Paradigm's failure to pay rent, 2016 property taxes, and other expenses for which it was obligated under the Lease.

**FIRST CAUSE OF ACTION: BREACH OF LEASE**

XIX.

The allegations contained in paragraphs I through XVII of this Complaint are incorporated as if set forth *in extenso*.

XX.

Paradigm breached the Lease with Addy's Burger by failing to timely pay rent, 2016 property taxes, and other expenses; and by vacating the property before the expiration of the Lease.

XXI.

Addy's Burger has fulfilled its obligations under the Lease and is not and has never been in default of the Lease.

XXII.

Therefore, Paradigm has materially breached the Lease and is liable to Addy's Burger for damage resulting from the breach, including, without limitation, past lost rents, 2016 property taxes, and other expenses for which Paradigm was responsible under the Lease, future lost rents, interest at the default rate under the Lease, attorneys' fees, the costs of these proceedings, and other damages to be proven at the trial of this matter.

**WHEREFORE**, Plaintiff, Addy's Burger, L.L.C., prays that Paradigm Investment Group, LLC be duly cited to appear and answer this Complaint and the Court enter judgment in favor of Addy's Burger, L.L.C., and against Paradigm Investment Group, LLC, awarding the relief described above, and for damages, plus costs, attorneys' fees, expenses, interest, and for all further relief this Court deems just and proper.

Respectfully submitted,

**FRILOT LLC**

*/s/ Everett R. Fineran*
John J. Hainkel, III, #18246
Everett R. Fineran, #31153
Dylan D. Lynch, #36557
1100 Poydras Street
3700 Energy Centre
New Orleans, Louisiana 70163
Telephone: (504) 599-8000
Facsimile: (504) 599-8100
jhainkel@frilot.com; efineran@frilot.com
***Attorneys for Plaintiff, Addy's Burger, L.L.C.***